**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kurzie Lee Curtis,  )<br>       )<br>    Plaintiff,  )<br>       )<br>  v.  )<br>       )<br>Charles L. Ryan, et al.,  )<br>       )<br>    Respondents.  )<br>_____ ) | CV 12-838-PHX-PGR (DKD)<br><br>**ORDER** |

Before the Court are Petitioner's Motion for Release Pending Appeal and Motion to Amend the Motion for Release Pending Appeal. (Docs. 24, 26.)

On April 23, 2012, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1) He filed an amended petition on July 27, 2012. (Doc. 12.)

Petitioner challenges his sentence and raises claims of ineffective assistance of counsel.[1] In their answer, Respondents argue that the petition is untimely—by 15 years—and that Petitioner is not entitled to equitable tolling. (Doc. 18.)

Petitioner now seeks to be released from prison pending the resolution of his habeas proceeding. It is unclear whether this Court has the authority to release a state prisoner. *See In re Roe*, 257 F.3d 1077, 1079–80 (9th Cir. 2001). However, even if the Court does have

---

[1] In 1987, following a jury trial, Petitioner was convicted of armed robbery, armed burglary, aggravated assault with a deadly weapon, and unlawful flight. (*See* Doc. 18 at 1–2, 6.) He was sentenced to life imprisonment without the possibility of parole for 25 years on the armed robbery, armed burglary, and aggravated assault convictions and to a 2.5-year prison term on the unlawful flight conviction. (*Id.* at 6.)

such authority, release is "reserved for extraordinary cases involving special circumstances or a high probably of success." *Land v. Deeds,* 878 F.2d 318, 318 (9th Cir.1989); *see In re Roe,* 257 F.3d at 1080. Under this standard, Petitioner has not demonstrated that he is entitled to release.

Accordingly,

**IT IS HEREBY ORDERED:**

(1)    The reference to the Magistrate Judge is withdrawn as to Petitioner's Motion for Release Pending Appeal and Motion to Amend the Motion for Release Pending Appeal. (Docs. 24, 26.)

(2)    Petitioner's Motion for Release Pending Appeal and Motion to Amend the Motion for Release Pending Appeal. (Docs. 24, 26) are denied.

DATED this 12th day of February, 2013.

Paul G. Rosenblatt
United States District Judge