**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kurzie Lee Curtis,         ) | |
|                            ) | |
|     Plaintiff,     ) | CV 12-00838-PHX-PGR (DKD) |
|                            ) | |
| v.                         ) | **ORDER** |
|                            ) | |
| Charles L. Ryan, et al.,   ) | |
|                            ) | |
|     Respondents.   ) | |

Before the Court are Petitioner's motions for a certificate of probable cause and motion for a certificate of appealability. (Docs. 29, 32.)

On February 12, 2013, the Court denied Petitioner's motions seeking release pending the outcome of his habeas proceedings. (Doc. 28.) Petitioner is not entitled to a certificate of appealability on the issue because he has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly,

IT IS HEREBY ORDERED **denying** Petitioner's motions (Docs. 29, 32).

DATED this 25th day of March, 2013.

Paul G. Rosenblatt
United States District Judge